# Exhibit A

{00101048}



Irina Faybusovich <irina@etermart.com>

## Notice: Policy Warning

**notice-dispute@amazon.com** <notice-dispute@amazon.com>  Wed, Feb 6, 2019 at 10:04 AM
To: irina@etermart.com

Hello,

We received a report from a rights owner that the products listed at the end of this email are inauthentic.

The rights owner is asserting that the products infringe the following trademark:
-- Trademark number 5617127

Why did this happen?
One or more of your listings may be infringing the intellectual property rights of others.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, please search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).
How do I reactivate my listing?
Please provide one of the following to reactivate your listings:
1) A retraction of the report from the rights owner:
-- bzawacki@naturessources.com


2) An invoice or letter of authorization from the manufacturer or Rights Owner verifying the product's authenticity to notice-dispute@amazon.com. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff,

Have your listings been removed in error?
If you believe there has been an error, please tell us why. Your explanation should include the following information:
-- Proof that you have never sold the reported product. We will investigate to determine if an error occurred.

OR

-- Explanation of why you were warned in error. We will investigate to determine if an error occurred.

What happens if I do not provide the requested information?
If we do not receive the requested information, your listings will remain inactive.

B000VYXDIQ
B001E0WEUY
Infringement type: Counterfeit
Trademark asserted: 5617127
Complaint ID: 5760110191

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en

sincerely,
Amazon.com

# Exhibit B

{00101048}

Gmail by Google — Irina Faybusovich <irina@etermart.com>

---

# Your Amazon.com Selling Privileges have been removed
2 messages

---

**Amazon** <notice-request-dispute@amazon.com>  Wed, Feb 27, 2019 at 2:36 PM
Reply-To: Amazon <notice-request-dispute@amazon.com>
To: "irina@etermart.com" <irina@etermart.com>



```
Hello,

Your account has been temporarily deactivated. Your listings have been
removed. Funds will not be transferred to you but will stay in your
account while we work with you to address this issue. Please ship any open
orders to avoid further impact to your account.

Why is this happening?
We have not received a valid plan of action addressing the listings below.

Amazon previously alerted you of these issues through the warnings listed
below:

Notice one:
-- Date: 02/06/2019
-- ASIN: B000VYXDIQ B001E0WEU
-- Name of Rights Owner:
```
bzawacki@naturessources.com
```
-- Infringement Type: Counterfeit

How do I reactivate my account?
To reactivate your account, please send us the following information:
-- Proof of authenticity (e.g., invoice, Order ID, letter of
authorization, licensing agreement or court order) for infringing
listings.
-- The steps you have taken to ensure that you are no longer infringing
and will not infringe in the future.
-- Other relevant information.
-- Supporting details should you believe the notice was submitted in error
or the notices are incorrect.

How do I send this information?
Please submit your plan and supporting product documentation by responding
to this email from your case log in Seller Central  (
```
https://sellercentral.amazon.com/cu/case-lobby
```
).

We're here to help.
Amazon does not allow listings that violate the intellectual property
rights of brands or rights owners. To learn more, please review Amazon's
Intellectual Property Policy (
```
https://sellercentral.amazon.com/gp/help/201361070
```
).

You can view your account's performance at (
```
https://sellercentral.amazon.com/performance/dashboard?reftag=email_appeal
```
) or select Account Health on the
home screen of the Amazon Seller app on your iOS or Android device. The
Account Health dashboard shows how well your account is performing against
the performance metrics and policies required to sell on Amazon.

-- iOS:
```
https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.
```

```
Sincerely,
Seller Performance Team
Amazon.com
```
http://www.amazon.com

---

**Irina Faybusovich** <irina@etermart.com>  Wed, Feb 27, 2019 at 2:38 PM
To: Allen Kaplun <allen@etermart.com>

[Quoted text hidden]

end

# Exhibit C



## Nature's Sources, LLC

March 21, 2019

Dear Amazon,

This letter confirms that Eternity Mart, Inc., which operates under the Amazon storefront name Great Deals of Texas, is authorized to sell products with the Absorbaid brand on Amazon.com.

In addition, we have retracted the intellectual property complaints we filed against Great Deals of Texas for ASINs B000VYXDIQ and B001E0WEUY (complaint IDs 5849798051 and 5859601311). These retractions have been sent multiple times to notice@amazon.com.

If you have additional questions, please contact me directly.

Sincerely,

*Barbie Zawacki*

Barbie Zawacki / Office Manager
Email: bzawacki@naturessources.com
Nature's Sources, LLC.
5665 W. Howard St.
Niles IL 60714
Phone: 847-647-8484 ext. 214
Fax: 847-647-9830
www.naturessources.com

5665 West Howard Street
Niles, IL 60714
PH: 847-647-8484  FAX: 847-647-9830
Toll Free: (800) 827-7656
WWW.NATURESSOURCES.COM