UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Eternity Mart, Inc.
                                Plaintiff,

v.                                                          Case No.: 1:19–cv–02436
                                                                   Honorable John J. Tharp Jr.

Nature's Sources, LLC
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 23, 2019:

        MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Defendant's motion to dismiss [9] is denied for reasons stated on the record. Defendant's answer to the complaint is due by 6/6/19. Parties may move forward with discovery once they have complied with their initial production requirements under the MIDP program. The initial status conference set on 6/13/19 is stricken. The Initial Status Report is to be filed by 6/13/19 and must address domicile (rather than residency) of all parties. Case referred to Magistrate Judge Harjani for further discovery scheduling and supervision and any settlement conference the parties may request. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.