UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ETERNITY MART, INC. d/b/d GREAT DEALS OF TEXAS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:19-cv-02436 |
| NATURE'S SOURCES, | ) ) ) | Judge John J. Tharp, Jr. |
| Defendant. | ) | Mag. Hon. Sunil R. Harjani |

JOINT STATUS REPORT

COME NOW Plaintiff and Defendant, by and through counsel, and pursuant to the Court's December 12, 2019 Order, hereby provide the following status report:

I. Amazon Subpoena Status

On January 7, 2020, Defendant filed its Motion to Compel against Amazon in the Western District of Washington. It has also filed a motion to transfer the case to the Northern District of Illinois. Those motions are noted for February 7, 2020, which in the Western District of Washington indicates that the court expects the parties to complete briefing on that date. Plaintiff will be filing its motion to compel in Washington on January 17, 2020. It has been delayed in filing said motion by Amazon's failure to respond to Plaintiff's attempts to meet and confer regarding the objections (with no responsive documents) issued by Amazon and received by counsel for Plaintiff on January 8, 2020. As of today's date, Amazon has refused to produce any documents to either Plaintiff or Defendant.

II. Depositions

The parties intend to take the depositions of the following individuals:

Allen Kaplun (Plaintiff) – February 20, 2020

Irina Faybusovich (Plaintiff) – February 21, 2020

Eternity Mart 30(b)(6) (likely to be Kaplun) – February 20, 2020

Barbara Zawacki – February 27, 2020

John Zapfel – February 27, 2020

Lee Frank – February 28, 2020

Nature's Sources 30(b)(6) – February 28, 2020

The parties reserve the right to depose additional fact witnesses, including Mr. Michael Lohan, before the fact discovery deadline.

Respectfully submitted,

/s/ Erin K. Russell
Erin K. Russell, Esq.
THE RUSSELL FIRM, LLC
650 W. Lake Street, Suite 210A
Chicago, IL 60661
T: 312-994-2424
erin@russellfirmip.com
*Counsel for Plaintiff*

/s/ Gary Zhao
Gary Zhao, Esq.
SimthAmundsen LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601
312-894-3200
gzhao@salawus.com

CERTIFICATE OF SERVICE

    This is to certify that on January 17, 2020, a copy of the foregoing was filed via the Court's ECF filing system, thereby serving it upon all counsel of record.

                                /s/ Erin K. Russell