UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ETERNITY MART, INC. d/b/d GREAT DEALS OF TEXAS, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: 1:19-cv-02436 |
| NATURE'S SOURCES, ) ) ) | Judge John J. Tharp, Jr. |
| Defendant. ) | Mag. Hon. Sunil R. Harjani |

STATUS REPORT

COMES NOW Plaintiff Eternity Mart, by and through counsel, and hereby provides the following status report:

I.  Amazon Subpoena Status

The parties filed a joint status report on Friday, January 17, 2020. At that time, the undersigned had attempted to reach counsel for Amazon regarding its outstanding response to Plaintiff's subpoena. Amazon, through counsel, had submitted only objections. The undersigned made several attempts to reach Amazon's counsel before January 17, 2010, but those attempts were not fruitful.

On Friday, January 17, after the joint status report was filed, counsel for Amazon, Deana Ahn, of Davis Wright Tremaine LLP in Seattle, called the undersigned to discuss Amazon's response to the subpoena. Attorney Ahn represented that Amazon is willing to produce what responsive information it has, and that she expects to receive documents from Amazon the week of January 20, 2020. Ms. Ahn agreed that she will produce whatever responsive information Amazon provides in a timely fashion and that she does expect them to produce information. The undersigned requested that if Amazon's position is that it does not have

responsive documents or information, it provide an affidavit so stating. In light of this agreement, Plaintiff agreed to not file a motion to compel in the Western District of Washington unless and until Amazon does not comply with the current agreement.

                                    Respectfully submitted,

                                    /s/ Erin K. Russell
                                    Erin K. Russell, Esq.
                                    THE RUSSELL FIRM, LLC
                                    650 W. Lake Street, Suite 210A
                                    Chicago, IL 60661
                                    T: 312-994-2424
                                    erin@russellfirmip.com
                                    *Counsel for Plaintiff*

CERTIFICATE OF SERVICE

This is to certify that on January 21, 2020, a copy of the foregoing was filed via the Court's ECF filing system, thereby serving it upon all counsel of record.

                                    /s/ Erin K. Russell