**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ETERNITY MART, INC. <br> d/b/a GREAT DEALS OF TEXAS, <br><br> Plaintiff, <br><br> v. <br><br> NATURE'S SOURCES, LLC, <br><br> Defendants. | Case No. 19-CV-02436 <br><br> District Judge John J. Tharp, Jr. <br><br> Magistrate Judge Sunil R. Harjani |

**NATURE'S SOURCES, LLC'S STATUS REPORT**

NOW COMES the Defendant, NATURE'S SOURCES, LLC ("Defendant"), by and through its counsel, SMITHAMUNDSEN, LLC, and for its status report regarding the subpoena *duces tecum* issued to Amazon.com, Inc. (hereinafter "Amazon"), and states as follows:

As the Court recognized, the relevant Amazon documents play an important role in this lawsuit. On October 15, 2019, Defendant issued a subpoena *duces tecum* (the "Subpoena") to Amazon for certain documents. On October 23, 2019, Amazon responded by objecting to the Subpoena on its entirety without producing any requested documents. Afterwards, Defendant and Amazon have exchanged multiple emails and had several telephonic meet-and-confer meetings in an attempt to resolve the discovery dispute. Despite Defendant's good faith efforts, Amazon continued to withhold discoverable documents.

Pursuant to the Court's December 12, 2019 Order, Defendant filed a Motion to Compel Amazon's compliance with the Subpoena ("Motion to Compel") on January 7, 2020 in the Western District of Washington, civil case no. 2:20-cv-00218. *See* DKT #1. On January 15, 2020, Nature filed a Motion to Transfer the Motion to Compel to the Northern District of Illinois based on Federal Rules of Civil Procedure 45(f) ("Motion to Transfer"). *See* DKT #4.

The noting date of the Motion to Compel was initially set for January 24, 2020. Upon Amazon's request, and promises of cooperation and production of responsive documents, Defendant agreed to continue the process of meet and confer and filed two motions to extend, and eventually extending the noting date for the Motion to Compel and the Motion to Transfer to February 14, 2020. *See* DKT #6 and DKT #7. On January 24, 2020, Amazon produced twenty-nine (29) pages of documents, which contained only five (5) emails exchanged between Amazon and Plaintiff from February 27, 2019 to March 21, 2019 that have **already been produced by Plaintiff** in the Northern District of Illinois case pending before Judge Harjani.

During the communication with Amazon, Defendant was given the impression that the continued meet and confer would lead to more production from Amazon. However, after obtaining two extensions under the guise of possible more production, Amazon responded in opposition to the Motion to Compel on February 10, 2020. *See* DKT #8. As a result, Defendant had to file a Reply in Support of the Motion to Compel on February 14, 2020. *See* DKT #13. Now, Defendant is awaiting the Western District Court of Washington to rule on the Motion to Compel. There is no indication when the court will rule on the two pending motions.

Amazon's conduct has substantially delayed the discovery process of this case. The fact discovery of this lawsuit closes on March 31, 2020.

Respectfully submitted,

**SMITHAMUNDSEN LLC**

By: /s/Gary Zhao
One of Defendant NATURE'S SOURCES, LLC's Attorneys

Gary Zhao, Esq. (ARDC #6279527)
150 N. Michigan Ave., Ste. 3300
Chicago, IL 60601
(312) 894-3377 – Telephone
gzhao@salawus.com

## Certificate of Service

I hereby certify that on February 18, 2020, a copy of the foregoing was filed via the Court's ECF filing system, thereby serving it upon all counsel of record.

**SMITHAMUNDSEN LLC**

By: /s/ Gary Zhao
One of the Attorneys for Defendant
NATURE'S SOURCES, LLC