IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ETERNITY MART, INC. d/b/a GREAT DEALS OF TEXAS | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-cv-02436 |
| v. | ) ) | Hon. Judge John J. Tharp, Jr. |
| NATURE'S SOURCES, LLC, | ) ) | Magistrate Judge Harjani |
| Defendant. | ) | |

**JOINT STATUS REPORT**

**(a) The progress of discovery**

The parties have yet to complete fact witness depositions, including the defense witnesses. Defendant issued additional written discovery on plaintiff after completing plaintiff's witnesses' depositions. The discovery is due on May 29, 2020. The parties are discussing the means by which the depositions of the defendant's employees can be taken safely in light of the safety issues resulting from the COVID-19 pandemic.

Defendant has issued a subpoena for records and 30(b)(6) subpoena for deposition on Amazon, a non-party with relevant documents and information in this case. Amazon has objected to both subpoenas.

**(b) The status of briefing on any unresolved motions**

Defendant has a motion to compel pending in Western District of Washington against Amazon to enforce a subpoena Defendant issued to Amazon. Defendant has also filed a motion to transfer the supervision of the motion to compel to the Northern District of Illinois. The Western District of Washington has not ruled on either motion. Defendant

reserves the right to file a motion to compel Amazon's 30(b)(6) witness to appear for his/her deposition.

**(c) Settlement efforts**

The parties exchanged settlement demands and offers in 2019. But the parties do not believe further settlement efforts would be meaningful at this time. The parties can revisit settlement possibilities after completing fact discovery.

**(d) Provide an agreed proposed schedule (or alternative proposals) for the next 45 days**

The parties hope to complete fact discovery by July 31, 2020, with exception of discovery issued to Amazon.

**(e) Provide an agreed proposed revised discovery and dispositive motion schedule (or alternative proposals) in cases where the current schedule needs revision.**

The current fact discovery deadline is June 1, 2020. The parties would like to extend this deadline by 60 days to July 31, 2020.

**(f) Request any agreed action that the Court can take without a hearing**

The Court can set a revised discovery deadline without a hearing.

**(g) State whether the parties believe a telephonic hearing with the judge is necessary and time urgent**

The parties do not believe a telephonic hearing with the judge is necessary at this time. The parties can reach out to the Court to set a hearing on status of discovery near the new deadline to be set by the court.

DATED: May 29, 2020          Respectfully submitted,

| | |
|---|---|
| **ETERNITY MART, LLC** | **NATURE'S SOURCES, LLC** |
| By Its Counsel: | By Its Counsel: |
| /s/ Erin Russell | /s/ Gary Zhao |
| Erin K. Russell | Gary Zhao |
| THE RUSSELL LAW FIRM | Yuan Zhou |
| 650 W. Lake Street | SMITHAMUNDSEN LLC |
| Suite 210A | 150 N. Michigan Ave., Ste. 3300 |
| Chicago, IL 60661 | Chicago, IL 60601 |
| erin@russellfirmchicago.com | (312) 894-3377 (Telephone) |
| | gzhao@salawus.com |