IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ETERNITY MART, INC. d/b/a ) <br> GREAT DEALS OF TEXAS ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATURE'S SOURCES, LLC, ) <br> ) <br>     Defendant. ) | Case No. 19-cv-02436 <br><br> Hon. Judge John J. Tharp, Jr. <br><br> Magistrate Judge Harjani |

## JOINT STATUS REPORT

**(a) The progress of discovery**

The parties have completed all Plaintiff and Defendant's individual witnesses' discovery depositions and the respective 30(b)(6) witnesses' depositions. In response to Defendant's requests raised during the aforementioned depositions, Plaintiff timely supplemented its document production on August 14, 2020. Defendant then identified a list of deficiencies in Plaintiff's discovery responses and requested Plaintiff to address them in the August 19, 2020 correspondence. Subsequently, Plaintiff reproduced the same set of documents on September 14, 2020, but corrected the bates numbers per Defendant's request. Defendant is awaiting Plaintiff to produce the additional documents Defendant requested and identify the responsive documents by bates number for multiple requests.

In light of the current written discovery status and the pending issues with obtaining the nonparty Amazon's records, the parties jointly filed a Motion to Extend the Fact Discovery Completion Deadline on July 27, 2020. (Dkt. #70). Judge Harjani granted

the parties' Motion and determined that a new discovery deadline will not be set until the dispute regarding the Amazon records is resolved. (Dkt. #71).

**(b) The status of briefing on any unresolved motions**

Given the relevance and significance of Amazon's records in this case, under the Court's instruction, Defendant commenced a miscellaneous action in the Western District Court of Washington in January 2020 (case No. 2:20-cv-00218-RSL) in order to file a motion to compel Amazon's document production ("Motion to Compel"). Defendant also moved to transfer the Motion to Compel to the Northern District Court of Illinois where this action is pending ("Motion to Transfer"). The Motion to Transfer was granted. Accordingly, the Motion to Compel was transferred to the Northern District Court of Illinois on July 1, 2020. The transferred case has been opened in the Northern District Court of Illinois as case 20-cv-4221 before Judge Norgle, separate from this action. Pursuant to the July 27, 2020 Order (Dkt. #71), Defendant filed a Motion to Consolidate the case 20-cv-4221 into this case (19-cv-02436). **The Motion to Consolidate is still pending**.

**(c) Settlement efforts**

The parties exchanged settlement demands and offers in 2019. But the parties do not believe further settlement efforts would be meaningful at this time. The parties can revisit settlement possibilities after completing fact discovery.

**(d) Provide an agreed proposed schedule (or alternative proposals) for the next 45 days**

The parties will propose an agreed schedule after the dispute over Amazon's records is resolved.

**(e) Provide an agreed proposed revised discovery and dispositive motion schedule (or alternative proposals) in cases where the current schedule needs revision.**

The parties will propose an agreed fact discovery deadline after the dispute over Amazon's records is resolved.

**(f) Request any agreed action that the Court can take without a hearing**

The Court can grant Defendant's Motion to Consolidate the case 20-cv-4221 into this case 19-cv-02436 without a hearing.

The Court can set a revised discovery deadline without a hearing.

**(g) State whether the parties believe a telephonic hearing with the judge is necessary and time urgent**

The parties would prefer a telephonic hearing with Judge Norgle on the Motion to Consolidate. Afterwards, the parties would prefer a telephonic hearing on the Motion to Compel Amazon's records.

DATED:  October 16, 2020                    Respectfully submitted,

| | |
|---|---|
| **ETERNITY MART, LLC** | **NATURE'S SOURCES, LLC** |
| By Its Counsel: | By Its Counsel: |
| /s/ Erin Russell | /s/ Gary Zhao |
| Erin K. Russell | Gary Zhao |
| THE RUSSELL FIRM | Yuan Zhou |
| 833 W. Chicago Avenue | SMITHAMUNDSEN LLC |
| Suite 508 | 150 N. Michigan Ave., Ste. 3300 |
| Chicago, IL 60642 | Chicago, IL 60601 |
| erin@russellfirmchicago.com | (312) 894-3377 (Telephone) |
| | gzhao@salawus.com |