IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ETERNITY MART, INC. d/b/a GREAT DEALS OF TEXAS <br><br> Plaintiff, <br><br> v. <br><br> NATURE'S SOURCES, LLC, <br><br> Defendant. | Case No. 19-cv-02436 <br><br> Hon. Judge John J. Tharp, Jr. <br><br> Magistrate Judge Harjani |

## JOINT STATUS REPORT

**(a) The progress of discovery**

The parties have completed all Plaintiff and Defendant's individual witnesses' discovery depositions and the respective 30(b)(6) witnesses' depositions. Following the parties' multiple meet and confers to resolve discovery disputes, Plaintiff produced another set of supplemental document production on November 10, 2020. Defendant has reviewed Plaintiff's latest document production. The parties are now working together in an effort to resolve the outstanding discovery issues. Plaintiff will continue to make supplemental production(s) of requested documents, subject to objections raised by Plaintiff as to some requests. Plaintiff has not waived any of its objections to certain discovery requests made by Defendant.

In light of the outstanding Amazon records issue, the Court will set a new discovery deadline at a later time. *See* Judge Harjani's October 20, 2020 order (Dkt #76).

**(b) The status of briefing on any unresolved motions**

Defendant's Motion to Consolidate case 20-cv-4221 and the present case 19-cv-02436 is still pending before Judge Norgle. On December 2, 2020, Judge Norgle entered a briefing schedule for this Motion – Amazon's response to the Motion is due on December 16, 2020 and Defendant's reply is due on December 23, 2020. *See* Judge Norgle's December 2, 2020 order entered for the case 20-cv-4221 (Dkt #18).

**(c) Settlement efforts**

The parties exchanged settlement demands and offers in 2019. But the parties do not believe further settlement efforts would be meaningful at this time. The parties can revisit settlement possibilities after completing fact discovery.

**(d) Provide an agreed proposed schedule (or alternative proposals) for the next 45 days**

The parties will propose an agreed schedule after the dispute over Amazon records is resolved.

**(e) Provide an agreed proposed revised discovery and dispositive motion schedule (or alternative proposals) in cases where the current schedule needs revision.**

The parties will propose an agreed fact discovery deadline after the dispute over Amazon's records is resolved.

**(f) Request any agreed action that the Court can take without a hearing**

The Court can set a new discovery deadline without a hearing.

**(g) State whether the parties believe a telephonic hearing with the judge is necessary and time urgent**

If Defendant's aforementioned Motion to Consolidate is granted, the parties believe that a telephonic hearing on the Motion to Compel Amazon's records will be necessary and time urgent.

DATED:    December 11, 2020               Respectfully submitted,

**ETERNITY MART, LLC**
By Its Counsel:
/s/ Erin Russell
Erin K. Russell
THE RUSSELL FIRM
833 W. Chicago Avenue
Suite 508
Chicago, IL 60642
erin@russellfirmchicago.com

**NATURE'S SOURCES, LLC**
By Its Counsel:
/s/ Gary Zhao
Gary Zhao
Yuan Zhou
SMITHAMUNDSEN LLC
150 N. Michigan Ave., Ste. 3300
Chicago, IL 60601
(312) 894-3377 (Telephone)
gzhao@salawus.com

3

## Certificate of Service

I hereby certify that on December 11, 2020, a copy of the foregoing was filed via the Court's ECF filing system, thereby serving it upon all counsel of record.

                         **SMITHAMUNDSEN LLC**

                By:  /s/ Gary Zhao
                      One of the Attorneys for Defendant
                      NATURE'S SOURCES, LLC