UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Eternity Mart, Inc.
                      Plaintiff,

v.                                            Case No.: 1:19−cv−02436
                                                Honorable Franklin U. Valderrama

Nature's Sources, LLC
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 15, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court grants Defendant's Motion for Leave to File Under Seal [139]. The Court also sets the following briefing schedule on Defendant's Motion for Summary Judgment [145] and Plaintiff's Motion for Summary Judgment [140]: responses are due 05/06/2022 and replies are due 05/20/2022. Additionally, the Court notes that the parties have improperly filed documents that are not motions [141] [142] [143] as motions. The Court terminates these documents as motions. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.